USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                       :

United States of America,                   :
                                         :

            -v-                       :               21-cr-41 (AJN)
                                         :

Pedro Sosa-Zarzuela,                :                ORDER
                                         :

                     Defendant.        :
                                         :
--------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

       The arraignment and initial conference for Defendant Pedro Sosa-Zarzuela is currently

scheduled to occur on **Tuesday, February 2, 2021 at 11:00 A.M.**

       As noted in Dkt. No. 13, in light of the COVID-19 public health crisis, there are

significant issues related to in-court proceedings.  If the Defendant is willing to waive his

physical presence, the proceeding will be conducted remotely as a videoconference using the

Skype for Business platform.  The Court will separately provide the parties with instructions for

accessing this platform. Members of the public may access audio for the proceeding by calling

(917) 933-2166 and entering Conference ID number 657356695.


       SO ORDERED.

Dated: January 28, 2021
       New York, New York                               _____
                                              ALISON J. NATHAN
                                      United States District Judge