LAW OFFICES OF
# GARY G. BECKER, P.L.L.C.
40 FULTON STREET • 23ʳᴅ FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/21
```

July 2, 2021

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The request for an extension of time to file pre-trial motions is hereby GRANTED. The Court sets the followed schedule:
> - Defense motions due: July 19, 2021
> - Government opposition due: August 9, 2021
> - Defense replies due: August 19, 2021.
>
> SO ORDERED.

Re: **United States v. Delvis Ramirez, et al. (Pedro Sosa-Zarzuela)**
    **21 Cr. 41 (AJN)**

Dear Judge Nathan:

Without objection from the Government, I write on behalf of Pedro Sosa-Zarzuela to request respectfully that the current pre-trial motion schedule in this case, under which defense motions are due July 7ᵗʰ, be modified consistent with the dates set forth below. I have conferred as well with counsel for Mr. Sosa-Zarzuela's co-defendants, both of whom join in this request. The Government and I are in discussions aimed at resolving an issue that unresolved would be the subject of a pre-trial motion. The additional time requested will allow those discussions to continue and, if fruitful, could obviate the need for a motion to the Court. The requested modification will have no impact on the date set for commencement of trial, which is not until December 6, 2021. For these reasons, I respectfully request that the Court enter the following revised schedule for pretrial motions in this case:

Defense motions due: July 19, 2021
Government opposition due: August 9, 2021
Defense Replies due: August 19, 2021.

Respectfully submitted,

*/s/ Gary G. Becker*
Gary G. Becker

cc: All Counsel of Record (ECF)

*/s/ Alison J. Nathan*   7/15/21
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.