UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>-v-<br><br>Pedro Sosa-Zarzuela,<br><br>　　　　Defendant. | 21-cr-00041-2 (PAC)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　On the application of defense counsel (whose affidavit will be filed forthwith under seal), and for good cause shown, Gary Becker, Esq. is hereby relieved as defendant's counsel. In his place, David Meister, Esq. is hereby appointed to represent the defendant Pedro Sosa-Zarzuela. New counsel and the Government should be in communication with Judge Crotty in light of this development.

　　SO ORDERED.

New York, NY
August 4, 2022

_____
JED S. RAKOFF, U.S.D.J.

1