# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3483
DIRECT FAX
917-777-3483
EMAIL ADDRESS
CHRISTOPHER.GUNTHER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
-----
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

October 17, 2022

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

[Handwritten: 10/18/2022 — The request is granted. So ordered. /s/ Paul A. Crotty USDJ]

RE: *United States v. Ramirez et al.*, 21-cr-41 (PAC)

Dear Judge Crotty:

We write on behalf of our client, the defendant Pedro Sosa-Zarzuela, to request a temporary modification of his bail conditions, which require that he remain in the Southern and Eastern Districts of New York. He would like to obtain permission from the Court to travel to New Jersey with his wife on October 30 to visit the grave of their daughter at Maple Grove Cemetery in Hackensack to commemorate the anniversary of her passing. We are advised that the government does not object to this request.

Respectfully submitted,

/s/ Christopher J. Gunther

cc (via ECF):

AUSA Jun Xiang, Esq.
AUSA Matthew Shahabian, Esq.