AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PEDRO SOSA-ZARZUELA

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:21-cr-00041-PAC-2

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| Paul A. Crotty | U.S.D.J. |
|---|---|
| Name of Judge | Title of Judge |

11-18-22
Date